UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---

**ZUFFA, LLC d/b/a Ultimate Fighting Championship,**

                       Plaintiff,

    -against-

NICKOLAOS HONDROS and ATHANASIOS TOMMY HONDROS, individually, and as officers, directors, Shareholders and/or principals of WEST MOBIL ON 8TH INC. d/b/a MOBIL and SMACKING BURGER LLC,

and

WEST MOBIL ON 8TH INC. d/b/a MOBIL and SMACKING BURGER LLC,

                       Defendants.

**PLAINTIFF'S MOTION TO ADJOURN INITIAL STATUS CONFERENCE and ORDER DEADLINES**

Civil Action No. 1:25-CV-00663-RA

---

Come now the Plaintiff, ZUFFA, LLC d/b/a Ultimate Fighting Championship, through counsel, respectfully requests that the Initial Status Conference scheduled for April 4, 2025 be adjourned as no defendants have not appeared or Answered herein and their time to do so has not expired.

The Courts Order of January 27, 2025 ECF #10 requires that the parties submit a joint scheduling order and proposed case management plan by March 28, 2025. Plaintiff filed a First Amended Complaint on March 6, 2025 via ECF document #14. Defendants, NICKOLAOS HONDROS and ATHANASIOS TOMMY HONDROS, were served on March 11, 2025 and Affidavits of Service have been filed with the Court, via ECF document #'s 23 and 24, respectfully and the Defendants time to Answer is on or before April 1, 2025. Service on

SMACKING BURGER LLC and WEST MOBIL ON 8TH INC. has yet to be completed although both are presently out for service.

Plaintiff respectfully requests that the Court adjourn the April 4, 2025 initial status Conference and the Order Deadlines to a time after April 30, 2024 to allow service to be completed, the defendants to appear or alternatively for Plaintiff to move for Default as it would conserve court resources and would not prejudice either party.

**WHEREFORE**, the Plaintiff respectfully request that this Court consider the aforementioned, and adjourn the Order Deadlines and reschedule the April 4, 2025 Initial Status Conference to a time after April 30, 2025.

Dated:   March 27, 2025
         Ellenville, New York

**ZUFFA, LLC d/b/a Ultimate Fighting Championship**

By: /s/Julie Cohen Lonstein
JULIE COHEN LONSTEIN, ESQ. (JL8521)
LONSTEIN LAW OFFICE, P.C.
Attorney for Plaintiff
190 S Main Street
P.O. Box 351
Ellenville, New York 12428
Telephone:  845-647-8500
Facsimile:   845-647-6277
Email: Legal@signallaw.com
*Our File No. ZU24-08NY-02*

Application granted.  The initial conference is adjourned to May 2, 2025 at 1:00 p.m.  The parties shall file their joint letter, case management plan and scheduling order no later than April 25, 2025.

SO ORDERED.

_____
Hon. Ronnie Abrams
March 28, 2025